

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00374-CV

IN THE MATTER OF J.A.H.

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant J.A.H. filed a notice of appeal two months after the Eighth District Court of Appeals issued a memorandum opinion affirming a trial court order transferring J.A.H.'s custody to the Texas Department of Criminal Justice–Institutional Division. *See In re J.A.H.*, No. 08-11-00115-CV, 2012 WL 2673252, at *1 (Tex. App.—El Paso July 5, 2012, no pet.) (mem. op.). On September 21, 2012, we notified J.A.H. of our concern that we may not have jurisdiction over this appeal because there was no appealable order, and we informed him that the appeal would be dismissed unless he or any party desiring to continue the

----

[1]*See* Tex. R. App. P. 47.4.

appeal filed with the court, on or before October 1, 2012, a response showing grounds for continuing the appeal. We have not received a response.

Generally, appellate courts have jurisdiction over appeals from final judgments and certain appealable interlocutory orders. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001); *see* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2012). Because there is no final judgment or appealable interlocutory order from which J.A.H. appeals, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  November 1, 2012